IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-25-D
No. 4:14-CV-222-D

| | | |
|---|---|---|
| JAMES ARTHUR ACKLIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On May 1, 2015, James Arthur Acklin ("Acklin") filed a motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure. See [D.E. 70]; Fed. R. Civ. P. 60(b). Acklin contends that this court erred on April 15, 2015, when it rejected his motion to vacate, set aside, or correct his sentence. See [D.E. 68].

The court has considered Acklin's motion under the governing standard. See Robinson v. Wix Filtration Corp., 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993). The motion simply restates the same meritless arguments that Acklin made in his section 2255 motion. The motion [D.E. 70] lacks merit and is DENIED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 19 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge