UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Arthur Acklin**　　　　　　　　　　　　　　　　**Docket No. 4:12-CR-25-1D**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Arthur Acklin, who, upon an earlier plea of guilty to Knowingly Fail to Register as Required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 10, 2013, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

On May 19, 2014, pursuant to 18 U.S.C. § 3742(f)(1) and 2, the judgement was amended to 5 years of supervised release following the term of imprisonment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Acklin is currently housed at the Cavalcorp Residential Reentry Center in Raleigh, North Carolina, with a release date of February 19, 2016. He has been unable to develop a residence plan, and he will be homeless immediately upon his release from the residential reentry center.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　　/s/ Taron N. Seburn
Dwayne K. Benfield　　　　　　　　　　　　Taron N. Seburn
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　201 South Evans Street, Rm 214
　　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2335
　　　　　　　　　　　　　　　　　　　　　　Executed On: February 16, 2016

James Arthur Acklin
Docket No. 4:12-CR-25-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
Chief U.S. District Judge