UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Arthur Acklin**   Docket No. 4:12-CR-25-1D

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Arthur Acklin, who, upon an earlier plea of guilty to Knowingly Fail to Register as Required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 10, 2013, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

On May 19, 2014, pursuant to 18 U.S.C. § 3742(f)(1) and (2), the judgment was amended to 5 years of supervised release following the term of imprisonment.

James Arthur Acklin was released from custody on February 19, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A 1993 conviction for First Degree Sexual Assault in Danbury, Connecticut (DBD-CR92-81794S) resulted in the instant offense of Knowingly Fail to Register as Required by the Sex Offender Registration and Notification Act. Additionally, due to the defendant being a registered sex offender, he has agreed to participate in sex offender treatment as instructed and consent to warrantless searches.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests, to monitor the defendant's compliance with probation or supervised release and treatment conditions.

2. The defendant shall consent to a warrantless search by a United States probation officer, or, at the request of the probation officer, any other law enforcement officer, of his person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

James Arthur Acklin
Docket No. 4:12-CR-25-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: February 24, 2016

### ORDER OF THE COURT

Considered and ordered this **24** day of **February**, 2016 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge